United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINERVA ORTEGA LLANOS and ABEL RAMIREZ RUIZ, | § § § § | CIVIL ACTION NUMBER 4:25-cv-03135 |
| Plaintiffs, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| UR M. JADDOU, Defendant. | § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiffs Minerva Ortega Llanos and Abel Ramirez Ruiz proceed here *pro se*. They filed a complaint on July 7, 2025. Dkt 1. The matter was referred for disposition to Magistrate Judge Peter Bray. Dkt 4.

Pending is a Memorandum and Recommendation by Judge Bray dated December 12, 2025. Dkt 8. He recommends that this case be dismissed without prejudice because, despite being informed of their responsibility to effect service, Plaintiffs have taken no steps to do so.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. The only filing appearing on the docket since entry of the Memorandum and Recommendation is a certified mail receipt addressed to the United States Attorney for the Southern District of Texas and dated December 17, 2025. Dkt 9. Even if construed as a certificate of service, the date on which the mailing was delivered comes long after expiration of extended deadlines for timely service. See Dkt 8 at 1–2.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 8.

This case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on  January 08, 2026 , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2